1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7  NEBIYOU SAID,                                      Case No. C 07-5443  VRW

8

9          Plaintiff(s),                             CLERK'S NOTICE

           v.

10

UNIVERSITY OF CALIFORNIA ,

11

12         Defendant(s).
_____/

13

        This action having been reassigned to the Honorable Vaughn R Walker;

14

YOU ARE HEREBY NOTIFIED THAT Initial Case Management Conference has been scheduled in this

15  case  for  **September 11,  2008 at  3:30 p.m.** before Judge Walker. The parties are directed to file a Joint

16  Case Management Statement  one week prior to the conference. .

17  Copies of the Local Rules, Standing Orders, the Court's  weekly calendar and available motion hearing
dates  may be downloaded from the district courts Internet site:

18  http://www.cand.uscourts.gov . A link to the  page may be found on the Court's home page.

19  Please report to Courtroom  no. 6, 17th floor, United  States  District Courthouse, 450 Golden Gate
Avenue, San Francisco, California.

20

21  Dated : May 27, 2008

22                                    By: *Cora Klein*

                                      Cora Klein, Courtroom Deputy Clerk

23

24

25

**Plaintiff  is required to serve this notice, and file proof of service with the Court, on any party in
26  this action  not appearing on the court's ecf  electronic notification and/or certificate of  service.**

27

28

attachments                                      1