Nebiyou Said
360 Vernon Street #102
Oakland, CA 94610

FILED

08 JUL 30 PM 3: 26

RICHARD W WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 23, 2008


U.S District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102

Subject = Request for Representation

Re: NEBIYOU SAID v. UNIVERSITY OF CALIFORNIA
Case No. C07-5443 VRW


I, the plaintiff, in the above referenced case, hereby request the assistance of this

honorable court in obtaining a counsel to represent me in this matter.



Respectfully,

*[signature]*

Nebiyou Said