UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FILED

08 SEP -4 PM 3:28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NEBIYOU SAID,

    Plaintiffs,

v.

UNIVERSITY OF CALIFORNIA et al,

    Defendant.

Case Number: C07-05443 VRW

**PROOF OF SERVICE**

I, the undersigned, am a citizen of the United States; I am over the age of eighteen years and not a party to the above-entitled action; my address is 1228 Yosemite way, Hayward, CA 94545.

On August 13, 2008, I served true copy(ies) of the EMPLOYMENT DISCRIMNATION COMPLAINT, ORDER SETTING CASE MANAGEMENT CONFERENCE and STANDING ORDERS on the parties in said action by MAILING in a sealed envelope, first class postage fully prepaid to the following address:

UNIVERSITY Of CALIFORNIA
OFFICE OF THE PRESIDENT
Human Resources and Benefits
1111 Franklin Street
Oakland, CA 94607-5200

I declare under penalty of perjury that the foregoing is true and correct and was executed On August 14, 2008, at Oakland, California.

Sammar Ezzat

*[signature]*