IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEBIYOU SAID,                              No   C 07-5443 VRW

    Plaintiff,                         ORDER

    v

UNIVERSITY OF CALIFORNIA,

    Defendant.
_____/

        On October 24, 2007, Nebiyou Said filed a complaint alleging employment discrimination by the University of California in violation of Title VII of the Civil Rights Act of 1964, 42 USC § 2000e, et seq. Doc #1 at 1. On July 30, 2008, Said requested the court's assistance in obtaining counsel. Doc #10. To the extent this request is a motion for appointment of counsel under 42 USC § 2000e-5(f)(1), the motion is DENIED.

        In determining whether to appoint counsel, a trial court must consider three factors: (1) the plaintiff's financial resources, (2) efforts made by the plaintiff to secure counsel on his own and (3) the merit of the plaintiff's claim. Johnson v US Dept of Treasury, 939 F2d 820, 824 (9th Cir 1991).

1    Said has offered no evidence that he attempted to secure
2 counsel nor has he made any showing regarding the merit of his
3 claim beyond the bare allegations in his complaint.  In addition,
4 the only evidence on the record regarding Said's financial
5 resources is his application to proceed in forma pauperis, which
6 was filed October 24, 2007, over nine months before the request for
7 counsel was filed.  Doc #2.  The court has insufficient information
8 to determine Said's entitlement to appointed counsel.  Accordingly,
9 the motion for appointment for counsel (Doc #10) is DENIED.

10    Said may file another motion for appointment of counsel
11 accompanied by evidence of his financial need, efforts to secure
12 counsel and the merit of his claim.  In addition, Said is
13 encouraged to make an appointment with the court's pro se legal
14 help center via the appointment book located outside room 2796 on
15 floor 15 of the courthouse at 450 Golden Gate Avenue, San
16 Francisco.

18    IT IS SO ORDERED.

           VAUGHN R WALKER
           United States District Chief Judge

**2**