IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEBIYOU SAID, | No   C 07-5443 VRW |
|     Plaintiff, | ORDER |
|     v | |
| UNIVERSITY OF CALIFORNIA, | |
|     Defendant. | |

       On October 24, 2007, Nebiyou Said filed a complaint alleging employment discrimination by the University of California in violation of Title VII of the Civil Rights Act of 1964, 42 USC § 2000e, et seq.  Doc #1.  Said never served defendants.  See Doc #15.  On January 30, 2009, Said filed an amended complaint and attached a proof of service.  Doc #16 at 6.  Said's proof of service is ineffective, however, because he did not serve defendant with a summons as required by FRCP 4(c).

Said has failed to serve defendant within the time frame contemplated by FRCP 4(m).  Accordingly, Said is ORDERED to SHOW CAUSE in writing, not later than July 20, 2009, why his complaint should not be dismissed for failure to serve defendant.  Failure to respond to this order shall be deemed grounds to dismiss the action.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge