IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEBIYOU SAID,                                  No   C 07-5443 VRW

    Plaintiff,                              ORDER

    v

UNIVERSITY OF CALIFORNIA,

    Defendant.
_____/

On July 8, 2009, the court ordered plaintiff Nebiyou Said to show cause why his complaint should not be dismissed for failure to serve the defendant. Doc #17. Said was warned that failure to respond to the order to show cause would be deemed grounds to dismiss the action. Id. Said has not filed a response, and the deadline for doing so has passed. Accordingly, the matter is hereby DISMISSED. The clerk is directed to terminate all motions and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge